IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FORT GORDON HOUSING, LLC, \*
d/b/a BALFOUR BEATTY \*
COMMUNITIES, \*
\*
    Plaintiff, \*
\*
v. \*
\* CV 118-105
LILLIAN YOUNG, \*
\*
    Defendant. \*
\*
\*

O R D E R

The Clerk is **ORDERED** to **ENTER JUDGMENT** in favor of Plaintiff Fort Gordon Housing, LLC and against Defendant Lillian Young in the amount of $6,611.50. The Clerk shall **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia this 5th day of September, 2018.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA