# United States District Court
## Southern District of Georgia

FORT GORDON HOUSING, LLC, d/b/a
BALFOUR BEATTY COMMUNITIES,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-105

LILLIAN YOUNG,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated September 5, 2018, judgment is hereby entered in favor of Plaintiff Fort Gordon Housing, LLC and against Defendant Lillian Young in the amount of $6,611.50. This case stands closed.

09/05/2018
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*